# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:13-CV-00668-FDW-DSC *SEALED*

| | |
|---|---|
| VICTOR MANUEL VAZQUEZ MENDOZA, | ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| MIRNA IVONE RAMIREZ FAJARDO, | ) ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on the "Petitioner's Motion to File Under Seal" (document # 2) filed December 6, 2013. For the reasons set forth therein, the Motion will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Frank D. Whitney.

**SO ORDERED**.

Signed: December 10, 2013

David S. Cayer
United States Magistrate Judge