# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### Case No. 13-CV-00668

VICTOR MANUEL VAZQUEZ MENDOZA

    Plaintiff,

v.

MIRNA IVONE RAMIREZ FAJARDO,

    Defendant.

## TEMPORARY RESTRAINING ORDER

Petitioner Victor Manuel Vazquez Mendoza ("Petitioner" or "Mr. Mendoza"), having filed Petitioner's Motion under the Hague Convention for Entry of a Temporary Restraining Order and Scheduling of an Expedited Hearing (the "Motion") and Petitioner's Memorandum in Support of Petitioner's Motion under the Hague Convention for Entry of a Temporary Restraining Order and Scheduling of an Expedited Hearing, the Court having considered these pleadings in the above-captioned matter, and pursuant to Federal Rule of Civil Procedure 65, the Motion (Doc. No. 4) is hereby GRANTED as follows:

(1) Respondent Mirna Ivone Ramirez Fajardo ("Respondent") is hereby prohibited from removing the Child from within 50 miles of Mecklenburg County, North Carolina, pending a motion on the merits of the Verified Complaint for Return of Child Pursuant to the Hague Convention ("Verified Complaint"), and no person acting in concert or participating with Respondent shall take any action to remove the child from within 50 miles of Mecklenburg County, North Carolina, pending a determination on the merits of the Verified Complaint;

(2) A hearing on the merits of the Verified Complaint is hereby scheduled to be held on Monday, December 23, 2013, at 9:00 a.m. in Courtroom #1 of Charles R. Jonas Federal Building, 401 West Trade Street, Charlotte, North Carolina, 28202; and

(3) Respondent is hereby directed to show cause at the hearing scheduled in paragraph (2) above as to why the Child should not be returned to Mexico, accompanied by Petitioner, and why the other relief requested in the Verified Complaint should not be granted.

(4) The Clerk's office is respectfully directed to provide a copy of this Order to the U.S. Marshal's office to be served along with the summons and complaint in this case.

IT IS SO ORDERED.

Signed: December 13, 2013

Frank D. Whitney
Chief United States District Judge