UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:13-cv-00668-FDW-DSC *SEALED*

| | |
|---|---|
| VICTOR MANUEL VAZQUEZ MENDOZA, )<br>)<br>Petitioner, )<br>)<br>vs. )<br>)<br>MIRNA IVONE RAMIREZ FAJARDO, )<br>)<br>Respondent. )<br>) | ORDER |

THIS MATTER is before the Court on Petitioner's Verified Complaint for Return of Child Pursuant to Hague Convention (Doc. No. 1). Following issuance of a Temporary Restraining Order (Doc. No. 6), the Court expedited this case for a hearing on the merits. On December 23, 2013, the Court conducted an evidentiary hearing, whereby both parties testified.

For the reasons stated in open Court and because of Respondent's wrongful removal under the Hague Convention, the Court will ORDER the return of the child to Mexico. This matter shall be unsealed only for the purposes of working with the United States State Department to facilitate the return of the child.

This Order is not an endorsement of one parent over the other, nor should this order be read as a determination of the best interests of the child. Such decision is left to the courts of Mexico.

The Clerk is respectfully directed to CLOSE this case.

IT IS SO ORDERED.

Signed: December 23, 2013

Frank D. Whitney
Chief United States District Judge